UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 05 4249

CASE NO.

Plaintiff(s),

v.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

_____ Defendant(s). _____/

_Bruce C. Wong_____, an active member in good standing of the bar of

_Washington State_____, whose business address and telephone number is _580 California St._
_#500  SF, CA  94104  (415) 439-4850_____, having

applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing _Liguang Chen_____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: __OCT 2 5 2005__

_____
United States District     Judge