KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIGUANG CHEN, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, United States Attorney General; DONALD NEUFELD, Director, California Service Center; KEVIN RYAN, United States Attorney California Northern District; DAVID STILL, San Francisco District Director, <br><br> Defendants. | No. C-05-4249 JSW <br><br> **STIPULATION TO DISMISS WITHOUT PREJUDICE; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's naturalization application.

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 05-4249 JSW             1

| | | |
|---|---|---|
| 1 | Date: December 19, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: December 19, 2005                              _____/s/_____
BRUCE WONG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  December 20, 2005                              _____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Wang and I have signed this stipulation and will produce the original signed copies upon request.

Stip. to Dismiss
C 05-4249 JSW                              2